UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABAR HICKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHRYN PRESTON, ET AL.,<br><br>        Defendants. | Case No. 3:24-cv-1374-RS<br><br>**ORDER TO SHOW CAUSE** |

According to the case scheduling order in this case, Dkt. No. 3, Plaintiff in the above-entitled matter was required to file and serve on the Commissioner a brief for the requested relief within 30 days of the Commissioner's answer. The Commissioner filed the answer on May 7, 2024, but Plaintiff did not file his brief by June 6, 2024 as required. Because he is *pro se* and may not have received the case scheduling order or the Commissioner's answer, his deadline was extended to September 16, 2024. Dkt. No. 9. He then requested an extra month so as to acquire legal assistance; that request was granted on September 18, 2024.

October 16, 2024 has now come and passed, and Plaintiff still has not filed his brief. THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held May 15, 2025. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____

RICHARD SEEBORG
Chief United States District Judge