UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JABAR HICKMAN,

        Plaintiff,

   v.

KATHRYN PRESTON, et al.,

        Defendants.

Case No. 24-cv-01374-RS

**ORDER DISMISSING CASE**

Plaintiff filed this action in March 2024, seeking judicial review of a decision by the Commissioner of Social Security to deny certain benefits. After the Commissioner filed an answer in May 2024, Plaintiff failed to file and serve a brief for the requested relief within 30 days. Continuances were provided, twice. *See* Dkt. Nos. 9, 11. When no brief was filed, an order to show cause hearing was set for May 15, 2025. Dkt. No. 12. At the hearing, no party appeared.

Good cause appearing, the case is dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 16, 2025

_____
RICHARD SEEBORG
Chief United States District Judge